**Order issued April 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-02-00114-CV

_____

**ELAINE MARSHALL, INDIVIDUALLY, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF E. PIERCE MARSHALL, AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL, AS TRUSTEE OF THE BETTYE B. MARSHALL LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, MARITAL TRUST NUMBER TWO, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE E. PIERCE MARSHALL FAMILY TRUST CREATED UNDER THE BETTYE B. MARSHALL LIVING TRUST INDENTURE DATED OCTOBER 30, 1990, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; E. PIERCE MARSHALL, JR., INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; PRESTON MARSHALL, INDIVIDUALLY, AS TRUSTEE OF THE**

MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; ROBERT MCINTYRE, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF J. HOWARD MARSHALL, II; MARSHALL PETROLEUM, INC. N/K/A TROF, INC.; TROF, INC., F/K/A MARSHALL PETROLEUM, INC.; FINLEY HILLIARD, INDIVIDUALLY, AS TRUSTEE OF THE GRANTOR RETAINED ANNUITY TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL CHARITABLE LEAD TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER TWO, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; KEN FARRAR, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER ONE, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; AND DR. STEPHEN COOK, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST,
Appellants

V.

J. HOWARD MARSHALL, III; HOWARD STERN, AS EXECUTOR OF THE ESTATE OF VICKIE LYNN MARSHALL; HARVEY SORENSEN; AND FOULSTON & SIEFKIN, L.L.P., Appellees

****

J. HOWARD MARSHALL, III, Appellant

V.

ELAINE MARSHALL, INDIVIDUALLY, AS INDEPENDENT EXECUTRIX  OF THE ESTATE OF E. PIERCE MARSHALL, AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL, AS TRUSTEE OF THE BETTYE B. MARSHALL LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, MARITAL TRUST NUMBER TWO, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE E. PIERCE MARSHALL FAMILY TRUST CREATED UNDER THE BETTYE B. MARSHALL LIVING TRUST INDENTURE DATED OCTOBER 30, 1990, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK

2

HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; E. PIERCE MARSHALL, JR., INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; PRESTON MARSHALL, INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; ROBERT MCINTYRE, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF J. HOWARD MARSHALL, II; MARSHALL PETROLEUM, INC. N/K/A TROF, INC.; TROF, INC., F/K/A MARSHALL PETROLEUM, INC.; FINLEY HILLIARD, INDIVIDUALLY, AS TRUSTEE OF THE GRANTOR RETAINED ANNUITY TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL CHARITABLE LEAD TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER TWO, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; KEN FARRAR, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER ONE, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; DR. STEPHEN COOK, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST; HARVEY SORENSEN; FOULSTON & SIEFKIN, L.L.P.; CHARLES KOCH; DON CORDES; AND KOCH INDUSTRIES, INC., Appellees**

****

**HOWARD STERN, AS EXECUTOR OF THE ESTATE OF VICKIE LYNN MARSHALL, Appellant**

V.

**ELAINE MARSHALL, INDIVIDUALLY, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF E. PIERCE MARSHALL, AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AS TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL, AS TRUSTEE OF THE BETTYE B. MARSHALL LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, MARITAL TRUST NUMBER TWO, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE E. PIERCE**

3

**MARSHALL FAMILY TRUST CREATED UNDER THE BETTYE B. MARSHALL LIVING TRUST INDENTURE DATED OCTOBER 30, 1990, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; E. PIERCE MARSHALL, JR., INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; PRESTON MARSHALL, INDIVIDUALLY, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC., STOCK HOLDING TRUST, AS TRUSTEE OF THE MARSHALL HERITAGE FOUNDATION, AND AS TRUSTEE OF THE MARSHALL LEGACY FOUNDATION; ROBERT MCINTYRE, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF J. HOWARD MARSHALL, II; MARSHALL PETROLEUM, INC. N/K/A TROF, INC.; TROF, INC., F/K/A MARSHALL PETROLEUM, INC.; FINLEY HILLIARD, INDIVIDUALLY, AS TRUSTEE OF THE GRANTOR RETAINED ANNUITY TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL CHARITABLE LEAD TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER TWO, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; KEN FARRAR, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER ONE, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; AND DR. STEPHEN COOK, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST,**
**Appellees**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Case No. 276,815-402**

---

### MEMORANDUM ORDER

Appellants and cross-appellees, Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the

Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; and

5

Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust (collectively, "Marshall Family Defendants"), have filed a motion to dismiss their appeal. No opinion has issued and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3.

Accordingly, we grant the motion and dismiss the Marshall Family Defendants' appeal. *See* TEX. R. APP. P. 42.1(a)(1). J. Howard Marshall, III's appeal and Howard Stern's appeal remain pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.